No. 09-916. Prenka Ivezaj, Petitioner v. United States.

No. 09-917. Nardino Colotti, Petitioner v. United States.

No. 09-918. Alex Rudaj, Petitioner v. United States.

No. 09-919. Nikola Dedaj, Petitioner v. United States.

No. 09-8885. Ljusa Nuculovic, Petitioner v. United States.

559 U.S. 998, 130 S. Ct. 1749, 176 L. Ed. 2d 223, 2010 U.S. LEXIS 2270.

March 8, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of these petitions.

Same cases below, 568 F.3d 88 and 336 Fed. Appx. 6.

No. 09-8873. Chimdi Ibiam, Petitioner v. United States.

559 U.S. 998, 130 S. Ct. 1750, 176 L. Ed. 2d 223, 2010 U.S. LEXIS 2289.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 330 Fed. Appx. 295.

No. 09-8877. Esteban Geronimo, Petitioner v. United States.

559 U.S. 998, 130 S. Ct. 1751, 176 L. Ed. 2d 223, 2010 U.S. LEXIS 2321.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

No. 09-8479. In re Carmon Warren, Petitioner.

559 U.S. 990, 130 S. Ct. 1746, 176 L. Ed. 2d 223, 2010 U.S. LEXIS 2262.

March 8, 2010. Petition for writ of mandamus denied.

No. 09-8402. In re Charles Willy Alpine, Petitioner.

559 U.S. 990, 130 S. Ct. 1744, 176 L. Ed. 2d 223, 2010 U.S. LEXIS 2272.

March 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus and/or prohibition dismissed. See Rule 39.8.

No. 09-509. Judy Jones, Petitioner v. Virginia Andrews Burdette.

559 U.S. 998, 130 S. Ct. 1756, 176 L. Ed. 2d 223, 2010 U.S. LEXIS 2259.

March 8, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1113, 130 S. Ct. 1070, 175 L. Ed. 2d 886, 2010 U.S. LEXIS 140.

No. 09-550. Joseph Fessler, et ux., Petitioners v. Kirk Sauer Community Development of Wilkes-Barre, et al.

559 U.S. 998, 130 S. Ct. 1756, 176 L. Ed. 2d 223, 2010 U.S. LEXIS 2334.

March 8, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1148, 130 S. Ct. 1142, 175 L. Ed. 2d 973, 2010 U.S. LEXIS 687.

No. 09-667. Yiqing Feng, Petitioner v. Sabic Americas, Inc.

559 U.S. 998, 130 S. Ct. 1756, 176 L. Ed. 2d 223, 2010 U.S. LEXIS 2307.

March 8, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 905, 130 S. Ct. 1300, 175 L. Ed. 2d 1075, 2010 U.S. LEXIS 860.